UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

03 SEP 17 PM 3:03

GEORGE G. HARRIS, A/K/A,
GEORGE G. HARRIS' WILDLIFE
COLLECTION,

Plaintiff,

Civil Action No. 8:03-CV-1968-T-27MSS

vs.

SPARTA PEWTER USA, INC.,

Defendant.

# COMPLAINT

Plaintiff, **GEORGE G. HARRIS' WILDLIFE COLLECTION** (hereinafter "Harris" or "Plaintiff"), by and through its attorney, Hancock & Estabrook, LLP, Michael A. Oropallo, Esq., of counsel, complaining of the defendant, **SPARTA PEWTER USA, INC.** (hereinafter "Sparta" or "Defendant") allege and set forth the following:

## *INTRODUCTION*

1. This action for copyright infringement, unfair competition, unfair trade practices, and fraud/misrepresentation, is brought pursuant to Federal statutes, namely the Copyright Act of 1976, 17 U.S.C. § 101 et seq. and § 43(a) of the Lanham Trade-Mark Act, 15 U.S.C. § 1125(a), under several state statutes, namely § 368-d of the New York General Business Law, § 17300 of the California Business and Professions Code, §§ 445,621-445,624 of the Michigan Compiled Laws Annotated, and § 47-15-115 of the Tennessee Code Annotated; and under the common law. Plaintiff asserts these claims as a result of Defendant's use, copying and sale, without

TP23496
$150.00

1

permission, of copies of the Plaintiff's original works of authorship embodied in wildlife art pewter pins. Plaintiff seeks the full extent of relief available to him under the aforementioned acts, statues and laws, including a preliminary and permanent injunction against Defendant's continued acts, and an Order directing the surrender of all infringing products for destruction, actual damages, including lost profits, statutory damages, the costs of this action including reasonable attorneys fees, and for such other and further relief as to this Court may seem just, proper and equitable.

## ***PARTIES***

2. Plaintiff, George G. Harris, a/k/a George G. Harris' Wildlife Collection, is a New Jersey resident with a mailing address of P.O. Box 748, in Englishtown, New Jersey.

3. Defendant, Sparta Pewter USA, Inc., upon information and belief, is a Florida corporation with its principal place of business being 519 Interstate Ct., Sarasota, Florida, 34240, and doing business throughout the United States, including but not limited to the State of Florida.

## ***SUBJECT MATTER JURISDICTION AND VENUE***

4. This Court has subject matter jurisdiction over the claim set forth in this Complaint pursuant to 28 U.S.C. § 1338, 15 U.S.C. § 1121, 28 U.S.C. § 1400(a), 28 U.S.C. § 1332 and pendant claim jurisdiction. The Plaintiff has made application, sent deposits and registered with the United States Copyright Office, among others, the works listed in Exhibit "A", a copy of which is annexed hereto, and which were issued Copyright Certificates (Nos. VA 647908 [#600 Alligator] and VA647909 [#530 Lobster]) by the United States Copyright Office (also attached hereto as Exhibit "A").

5. Venue in this action lies within this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b) as it is the residence of Defendant and is the judicial district within which part of the events, acts or omissions giving rise to the claim occurred, including, but not limited to, acts of infringement, and in which Defendant Sparta Pewter USA, Inc., a corporation, and its officers, directors and shareholders are subject to personal jurisdiction and have an established place of business.

6. This Court has personal jurisdiction over Defendant pursuant to Rules 4(e) and 4(h) of the Federal Rules of Civil Procedure based, inter alia, upon the fact that Defendant may be found within this judicial district.

***BACKGROUND***

7. Plaintiff is engaged in the sculpting, design, manufacture, marketing and sale of original ornamental jewelry designs and wearable art, which include his singular and distinctive expression of wearable art from his Sportsmen's Wildlife Collection, namely his copyrighted Works depicting various forms of wildlife in pewter ("Works"). Plaintiff's Works were and are at all relevant times hereinafter mentioned, sold in several states throughout the United States including but not limited to the State of Florida.

8. Plaintiff's works are developed through the meticulous sculpturing, molding and casting in various media, including pewter, which express his individualized sportsman's motifs and wildlife images whereby a mold is created and the end product is a cast which replicates the mold in every detail from which duplicates are reproduced and sold as wearable art.

9. Details of Plaintiff's Works include, but are not limited to, the unique expression of the "Wildlife Art" onto jewelry pieces.

10. Plaintiff's Works are individual expressions of the wildlife depicted therein, and include the originally designed mold and cast, and convey a unique expression of the Work.

11. Plaintiff is, in whole or in part, the author, owner and/or creator of the various works hereinbefore mentioned, claims ownership to copyright rights in his various original Works, and has taken appropriate measures to protect their copyrights and place the public on notice thereof.

12. All of Plaintiff's Works were and are sold with copyright notices, and copyright registrations have been obtained for those Works listed in Exhibit "A".

13. Plaintiff's Works are and were, at all times hereinbefore mentioned, marketed, advertised and sold primarily through shooting sports exhibition shows, trade shows and catalogs by the Plaintiff, its agents or assigns.

14. Over the years, up to and including 2003, Plaintiff has marketed, advertised and sold its Works through various means including outdoor sports exhibitions, trade shows, and mail orders from catalogs, to locations, including, but not limited to the State of Florida.

## *DEFENDANT'S UNLAWFUL PRACTICES*

15. Upon information and belief, Defendant operates a business which markets, advertises and offers for sale, among other things, an exact cast duplicate of Plaintiff's original design Works, depicting various forms of wildlife, throughout the United States, including but not limited to the State of Florida.

16. Upon information and belief, since at least 2000, Defendant has been marketing, advertising and selling copies of Plaintiff's "Wildlife Art", without permission, including but not limited to, the originally designed Works hereinbefore set forth, throughout Defendant's place of business.

17. Upon information and belief, Defendant has marketed, advertised and offered for sale and have sold copies of the Plaintiff's Works, despite being on notice of their copyrights.

***CLAIM I***
***(COPYRIGHT INFRINGEMENT):***

18. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "17" of this Complaint as more fully set forth herein.

19. This is an action for Copyright Infringement pursuant to 17 U.S.C. §§ 501 et seq..

20. Plaintiff, who is a citizen of the United States, created, molded and cast original works of art, which depict various forms of wildlife in pewter, and which are marketed, advertised and offered for sale at Plaintiff's shows and through his catalogs.

21. The aforementioned pewter wildlife Works were originally authored by Plaintiff, their agents or assigns, and consist of copyrightable subject matter under the laws of the United States as is evidenced by the Certificates of Copyright attached hereto as Exhibit "A". At all times hereinbefore mentioned, Plaintiff, in whole or in part, has complied with the Copyright Act and all other laws governing copyrights, and has secured the exclusive rights and privileges in and to the copyrights of said molded and cast Works, and has received from the Registrar of Copyrights, Certificates of Registration for said Works.

22. At various times, but in any event since 1994, said Works have been published by Plaintiff and all copies of them made by Plaintiff or under authority or license, have been published in strict conformity with the provisions of the Act, and all other laws governing copyright.

23. At various times, but in event since at least 1994, Plaintiff has been and still is the owner of all rights, title and interest in and to the copyrights of said Works.

24. Defendant has infringed said copyrights by marketing, advertising and placing upon the market various molded and cast ornamental pieces which were, upon information and belief, copied directly from Plaintiff's copyrighted Works. Defendant's copies are not only strikingly similar, but are exact copies of Plaintiff's Works.

25. The design, production, marketing, advertising, display and/or sale by Defendant of copies of Plaintiff's copyrighted Works have caused harm and injury to Plaintiff, and constitute violations of Plaintiff's exclusive rights as copyright owner, under Section 106 of the Copyright Act, and thus constitute copyright infringement.

26. Plaintiff alleges that Defendant's infringements were knowing and willful, and represent a calculated attempt to profit from Plaintiff's copyrighted Works, without permission, in that Defendant has continued to infringe upon Plaintiff's copyrights, despite being on notice of the copyrights.

27. Plaintiff is therefore entitled to the relief available under the Copyright Act, including, but not limited to, actual and/or statutory damages, the costs of this action, including

reasonable attorneys fees, permanent injunctive relief preventing Defendant's further infringement, and such other and further relief as this Court deems just, proper and equitable.

***COUNT II***
***(LANHAM ACT VIOLATION)*:**

28. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "27" as if fully set forth herein.

29. This is an action for Lanham Act violations pursuant to 15 U.S.C. § 1125(a).

30. At all times herein mentioned, Defendant was and still is engaged in, among other things, direct competition with Plaintiff in the marketing, advertising, manufacture, distribution, and sale of, among other things, ornamental jewelry and designs depicting various forms of wildlife in pewter.

31. At all relevant times, Plaintiff retained the right to manufacture, distribute and offer for sale, his original sculpted, molded and cast expressions of the "Wildlife Art".

32. Plaintiff's Works have achieved great popularity amongst wildlife enthusiasts, collectors and others through the United States, a large component of whom are concerned with the aesthetic appearance and quality of the jewelry purchased.

33. By reason of the tremendous efforts on the parts of the Plaintiff, in advertising, promoting, and achieving unique and artful expression in their Works, Plaintiff has become recognized amongst both the general population and the population of wildlife enthusiasts and collectors, as a distinctive artist of singular craftsmanship and individual designs, and said designs have achieved secondary meaning.

34. Upon information and belief and at a time and place unknown to Plaintiff, Defendant caused molds to be produced, duplicating the exact cast forms authored by Plaintiff, and has used the molds to manufacture and distribute various cast pieces (including but not limited to pewter) constituting duplicate copies of the exact original Works of Plaintiff and proceeded to market, advertise and widely sell, market and distribute its molded and cast pieces in the State of Florida and elsewhere.

35. Upon information and belief, the duplication above described was accomplished by simply taking Plaintiff's pieces, creating a mold from them, and casting pieces from that mold wherein Defendant made unauthorized copies of Plaintiff's pieces.

36. Upon information and belief, at a time and place unknown to Plaintiff, Defendant used Plaintiff's Works in various other manners, to render copies of said Works.

37. The cast pieces produced by Defendant and the Defendant's advertising, marketing and sale of the copies, are injurious to Plaintiff and constitute an appropriation by Defendant of Plaintiff's exclusive rights to manufacture, sell, distribute and otherwise exploit its own original Works, a business asset which Plaintiff created and which was greatly enhanced by Plaintiff's investment of considerable creativity and skill, time and money.

38. Defendant's acts constitute unfair competition with Plaintiff, in that the manufacture of the cast pieces Defendant is unauthorized and constitutes an unlawful appropriation of Plaintiff's property rights.

39. Similarly, Defendant's acts constitute unfair competition with Plaintiff, in that the advertising, marketing and sale of the copies cast pieces by Defendant falsely designates their

origin and originality and deprives the Plaintiff of revenues to which he is entitled on the sale of his specially designed cast pieces.

40. Defendant's acts constitute false advertising, false designation of origin, unfair competition, the false attribution of authorship, deceptive practices, and the misappropriation of the efforts of others, namely Plaintiff.

41. Unless Defendant is enjoined and restrained from manufacturing and selling copies of Plaintiff's noted Works, Plaintiff will be irreparably injured and damaged.

42. Plaintiff has no adequate remedy at law.

***COUNT III***
***(ACCOUNTING)***:

43. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "42" of this Complaint as if fully set forth herein.

44. As a consequence of Defendant's infringement, unfair competition and other unlawful acts, Plaintiff is entitled to an accounting from the Defendant for all gains, profits and advantages derived by Defendant from its publication, distribution and sale of the infringing pieces, and upon such an accounting, that Defendant pay over to Plaintiff actual and/or statutory damages and/or all such sums derived by way of profits from the publication, distribution, sale and other disposal of such infringing material.

***COUNT IV***
***(UNFAIR COMPETITION)***:

45. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "44" of this Complaint as if fully set forth herein.

46. This is an action for Unfair Competition under Florida Common law and the law of the various jurisdictions in which Defendant illegally marketed and/or sold copies of the Works.

47. Upon information and belief and at various times, but in any event prior to 2000, and continuously thereafter, Defendant has been advertising, distributing, selling and otherwise marketing the infringing cast pieces, and have thereby been engaging in unfair and deceptive trade practices by palming off the infringing Works as original Works, and in many respects, by giving credit to individuals characterized as authors, artists and the like, none of whom, at least to the extent of the infringing Works, created such.

48. By reason of Defendant's unfair competition, Plaintiff has suffered and continues to suffer irreparable damage.

***COUNT V***
***(FRAUD/MISREPRESENTATION)***:

49. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "48" of this Complaint as fully set forth therein.

50. That Defendant had full knowledge, or in the alternative, should have had full knowledge based upon the circumstances that the cast pieces hereinbefore mentioned were solely the property of Plaintiff.

51. That despite such knowledge, Defendant fraudulently advertised and represented that they were the original authors of said Works.

52. That as a result of said misrepresentations, Plaintiff has been irreparably damaged.

**WHEREFORE**, Plaintiff demands judgment as follows:

(a) Enjoining Defendant, its agents, representatives and all persons acting under them, during the pendency of this action and thereafter permanently, from infringing Plaintiff's copyrights in any manner and from advertising, publishing, licensing, distributing, selling, marketing or otherwise disposing of any copies of said cast pieces containing the infringing original Works of art of Plaintiff, and for actual, statutory, and/or compensatory damages;

(b) Enjoining Defendant, its agents, representatives and all persons acting under them during the pendency of this action and thereafter permanently from unlawfully offering for sale copies of Plaintiff's Works, to deliver up all copies currently in Defendant's possession to be impounded during the pendency of this action, which are all in the possession and under the control of the Defendant and to deliver up for destruction any molds, casts, or other materials used in the making and publication of such unlawful materials and for actual, statutory and/or compensatory damages;

(c) An accounting of the profits derived by the Defendant from the advertising, publication, license, distribution, display, or other disposal of Defendant's unlawful Works and upon such accounting that Defendant pay to Plaintiff:

1. Damages provided by statute for Defendant's statutory copyright infringement;

2. Damages provided by any other statutes for Defendant's unlawful conduct; and

3. All monies determined to be profits generated or arising from such unlawful materials;

4. An permanent injunction restraining Defendant, its agents, servants, employees and representatives, and all persons acting in privacy or in concert with them from:

(i) Manufacturing, selling, advertising or distributing any copies of Defendant's unlawful Works;

(ii) In any manner, shape or form using the molds produced for the manufacture of the unlawful work or any part of it in connection with the manufacture, sale, advertising or distribution of any other of Defendant's Works; or

(iii) Engaging in any acts or making any representations which have the effect of leading the public to believe that the Works sold, manufactured, distributed or advertised by Defendant is in any manner, shape or form connected or related to Defendant.

5. Defendant recall from the possession of any dealers, wholesalers, jobbers and all others all copies of said Works, and directing that they be destroyed or delivered to Plaintiff;

6. Defendant turn over all molds or other masters used in the manufacture of said unlawful Works to Plaintiff for destruction;

7. After final hearing, damages be awarded to the Plaintiff against the Defendant in such an amount as found proper and deemed due and owing from Defendants to Plaintiff;

8. After final hearing, Defendant be required to account to Plaintiff for any profits derived by Defendant from the acts complained of by Plaintiff in this Complaint;

9. Plaintiff be awarded the costs and disbursements of this action, including reasonable attorneys fees.

(d) That Defendant pay general damages to the Plaintiff in an amount to be assessed by Court by reason of Defendant's fraud/misrepresentation, and that Defendant pay to Plaintiff punitive damages, all costs and expenses of this action including reasonable attorneys fees to be assessed by the Court;

(e) For such other and further relief as to this Court may seem just, proper and equitable.

DATED: September 17, 2003

HANCOCK & ESTABROOK, LLP
Michael A. Oropallo, Esq., of counsel
Bar Roll No. 505267
Office & P.O. Address
1500 MONY Tower I, P.O. Box 4976
Syracuse, New York 13221-4976
Phone: (315) 471-3151
Facsimile: (315) 471-3167

and

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, P.A.

By: ______________________________

Frank R. Jakes FBN 372226
Joseph J. Weissman FBN 041424
P.O. Box 1100
Tampa, Florida 33601-1100
Phone: (813) 225-2500
Facsimile: (813) 223-7118

Attorneys for Plaintiff

#80916

**EXHIBIT "A"**

| | Part # | Description | Registration # | Date |
|---|---|---|---|---|
| 1) | 600 | Alligator | VA 647908 | 5/2/94 |
| 2) | 530 | Lobster | VA 647909 | 5/2/94 |

# EXHIBIT

# A

# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 706)

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM VA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 647 908

VA VAU

EFFECTIVE DATE OF REGISTRATION

MAY 0 2 1994

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

SPORTSMEN'S WILDLIFE COLLECTION (NEW DESIGNS FOR 1988)

NATURE OF THIS WORK ▼ See instructions

Jewelry Design/Ornaments

DESIGNS LISTED ARE CIRCLED IN CATALOG

PREVIOUS OR ALTERNATIVE TITLES ▼ PART #'S- 107, 109, 112, 125, 126, 127, 129, 130, 132, 133, 139, 140, 151, 201, 204, 209, 217, 218, 219, 220, 250, 251, 308, 309, 310, 311, 312, 320, 360, 400, 413, 414, 421, 422, 423, 425, 441, 445, 446, 451, 475, 480, 481, 482, 483, 484, 500, 600, 750, 900 (PAGE 6) M-140, M-320

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼

George G. Harris

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼
8/6/57

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions

☒ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☒ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

... for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1987 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 1988
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
MAY 0 2 1994

ONE DEPOSIT RECEIVED
MAY 0 2 1994

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW DESIGNS FOR 1988)** deposited in the Copyright Office with claim of copyright registered under number **VA 647 908**.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents Section
Information and Reference Division

Catalog IV

# Sportsmen's Wildlife Collection

VA 647 908

By George G. Harris

CIRCLED PART #'S ARE NEW FOR 1988



Wearable Art for the Outdoor Enthusiast

$2.00

George G. Harris
"SPORTSMEN'S WILDLIFE COLLECTION"
&
CUSTOM PEWTER CRAFTING

JUN 20 1994

6/16/94

REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS
WASHINGTON, DC 20559

RE: CONTROL # VA 604029019
MY TITLE - SPORTSMEN'S WILDLIFE COLLECTION (NEW DESIGNS FOR 1988)

THIS SHEET CONTAINS ADDITIONAL INFORMATION REQUESTED BY THE REGISTER OF COPYRIGHTS OFFICE OVER THE PHONE JUNE 14, 1994. THE FOLLOWING PAGE IS A COPY OF THE ORIGINAL MATERIAL ALREADY RECEIVED AT YOUR OFFICE ON MAY 2, 1994.

I HEREBY CONFIRM THAT ALL DESIGNS APPLIED FOR COPYRIGHT WITH THIS APPLICATION WERE FIRST PUBLISHED AND CONTINUE TO BE PUBLISHED WITH A HIGHLY VISIBLE COPYRIGHT NOTICE ON THE FLAT BACK OF EACH PIECE WE PRODUCE (SEE EXAMPLE SKETCH BELOW OF OUR PART # 400 BUCK HEAD SHOWN AT TWICE ACTUAL SIZE WITH ACTUAL LOCATION OF COPYRIGHT NOTICE).

THE COPYRIGHT NOTICE HAS BEEN ENGRAVED INTO THE BACK SURFACE OF EACH ORIGINAL SCULPTURE AND THROUGH ACCURATE MOLD MAKING AND CASTING PROCESSES, SHOWS LEGIBLY IN DEPRESSED LETTERS IN EACH CASTING WE PRODUCE. EACH CASTING SHOWS THE COPYRIGHT MARK, THE YEAR FIRST SOLD, AND MY NAME; SPECIFICALLY "© 1988 GG HARRIS". ADDITIONALLY, ALL PIECES ARE IDENTIFIED AS CAST IN "FINE PEWTER" AND SHOW THE PART NUMBER (#400 IN THIS EXAMPLE). MOST PIECES ALSO HAVE THE DESIGN NAME CAST IN DEPRESSED LETTERS ON THE BACK.

ON SOME PIECES, THE "© 1988" AND "GG HARRIS" ARE ON SEPARATE LINES TO BETTER FIT THE SHAPE OF THE PIECE, BUT IN ALL CASES IT APPEARS VERY VISIBLY ON THE BACK. THE TWO PAIRS OF A SMALL CIRCLE WITHIN A LARGER CIRCLE (IN PINK) SHOW THE APPROXIMATE POSITION OF THE STUD PINS THAT ALLOW THESE PIECES TO BE WORN AS "PINS".

SINCERELY,

GG Harris

GEORGE G. HARRIS




P.O. BOX 725 ENGLISHTOWN, NJ 07726

# Sportsmen's Wildlife Collection



This "Fine Pewter" collection has grown out of my fascination with wildlife and the desire to capture its diversity in an accurately detailed, durable and affordable piece of artwork.

Considering...

- that I was compulsively sculpting mashed potatoes at the dinner table by age four (and still do occasionally),
- that my interest in wildlife was firmly established through numerous family trips to museums and by keeping wildlife and gamefish as pets while growing up,
- and that this appreciation was further enhanced while earning college degrees in Natural Resource Conservation and Biology,

Then...becoming a wildlife sculptor was not only logical but inevitable.

I sculpt each original design at actual size and then make a rubber mold from this model which holds even the finest detail. Working with my brother Jim and the production crew, we hand pour and finish our pins in a process entailing more than 20 steps. The pins are cast exclusively in "Fine Pewter", a jewelry grade alloy which will maintain its antiqued look indefinitely.

All of our pins are available 24K Gold Plated (page 7). Starting with our pewter castings, the pins are electroplated with copper, then nickel, and finally 24K gold to give them the best appearance and durability. Most of our designs are also available Hand Painted (page 8). We work with a group of wildlife artists who paint our pins one at a time using blended acrylic paints and a clear sealer to produce an especially nice, higher end pin.

With over 200 designs and three finishes, we have something for everyone. Our products are retailed worldwide through outlets ranging from bait and tackle shops and specialty stores to galleries and catalog companies. School groups, state agencies, and conservation organizations use our pins for fund-raising purposes. Many guides, outfitters, and professional people use our products as incentives and business gifts. Artists and craftsmen paint our pins or incorporate them into belt buckles, knife handles, clocks, desk accessories, awards and similar projects. Ultimately each piece ends up in the hands of an appreciative outdoor enthusiast.

For the past ten years, we have constantly strived to produce the highest quality fish and wildlife pins available and apply the strictest standards of quality control in the reproduction of these sculptures. We guarantee their quality and your satisfaction.

Since designs are added frequently, be sure to ask what is new! We take great pride in our customer service and look forward to hearing from you soon.

George G. Harris



Antiqued Fine Pewter Pins
Pages 1-6



24K Gold Plated Pins
Page 7



Hand Painted Pins
Page 8



Mini-Pins & Tie Tacs
Page 6

Please note: All designs in this catalog are copyrighted and registered with the United States Copyright Office. We welcome artists and craftspeople to purchase our products and rework them. However, we retain the exclusive reproduction rights and do not authorize anyone, under any circumstances, to reproduce our original designs.

# Antiqued Fine Pewter Castings... Shown Actual Size

## Freshwater Fish



# Antiqued Fine Pewter Castings... Shown Actual Size

## Freshwater Fish
(Continued)




## Saltwater Fish



# Antiqued Fine Pewter Castings... Shown Actual Size

## Birds



# Antiqued Fine Pewter Castings... Shown Actual Size

## Mammals



400 - Buck Head
401 - Whitetail Deer
402 - Whitetail Deer
404 - Elk
405 - Black Bear
406 - Moose
407 - Buffalo
409 - Fox
410 - Raccoon
411 - Wolf
412 - Rabbit
413 - Beaver
414 - Otter
415 - Woodchuck
416 - Armadillo
417 - Kangaroo
418 - Wolf
419 - Squirrel
420 - Whitetail Deer
421 - Whitetail Deer (8 point)
422 - Bighorn Sheep
423 - Grizzly
425 - Wild Boar
426 - Mountain Lion
430 - Mule Deer
431 - Caribou
432 - Pronghorn
433 - Moose
434 - Elk
439 - Cat
440 - Horse
441 - Horse
442 - Mule
445 - Cow
446 - Pig
447 - Sheep
450 - Labrador Retriever
451 - German Shorthair
452 - German Shepherd

# ntiqued Fine Pewter Castings... Shown Actual Size



453 - Beagle
454 - Golden Retriever
455 - Brittany
456 - English Pointer
457 - English Setter
465 - Whitetail Deer (spike)
466 - Whitetail Deer (4 point)
467 - Whitetail Deer (6 point)
468 - Whitetail Deer (10 point)
469 - Doe
475 - Dolphin
476 - Manatee
480 - Blue Whale
481 - Sperm Whale
482 - Gray Whale
483 - Killer Whale
484 - Humpback Whale
485 - Humpback w/calf
490 - Elephant
492 - Rhinoceros
493 - Lion
494 - Giraffe
499 - Bat

## Miscellaneous



501 - Mayfly
502 - Stonefly Nymph
503 - Caddis
520 - Fly Reel
530 - Lobster
531 - Crab
532 - Shrimp
540 - Clam
541 - Scallop
542 - Abalone
543 - Mussel
544 - Oyster

# Antiqued Fine Pewter Castings... Shown Actual Size

## Miscellaneous
(Continued)


570 - Tiger Swallowtail


590 - Frog


600 - Alligator


607 - Sea Turtle


620 - Brontosaurus


622 - Tyrannosaurus


702 - Arrowhead


750 - Mosquito


800 - White Flyer Clay Target


900 - Mermaid


901 - Scuba Diver


902 - Shooter


903 - Bow Hunter


904 - Golfer

## Mini-Pins
(Antiqued Fine Pewter Castings)


M112 - Rainbow Trout


M140 - Largemouth Bass


M207 - Striped Bass


M308 - Turkey


M309 - Ruffed Grouse


M320 - Canada Goose


M329 - Bobwhite


M330 - Bald Eagle


M400 - Buck Head


M485 - Humpback

## Tie Tacs
(24K Gold Plated Fine Pewter Castings with longer post and special clutch with chain & T-Bar)




TT112G - Rainbow Trout


TT140G - Largemouth Bass


TT207G - Striped Bass


TT308G - Turkey


TT309G - Ruffed Grouse


TT320G - Canada Goose


TT329G - Bobwhite


TT330G - Bald Eagle


TT400G - Buck Head


TT485G - Humpback

# 24K Gold Plated Fine Pewter Castings...Shown Actual Size




All Designs on Pages 1-6 Available 24K Gold Plated...(Specify by Part # and "G" for Gold Plated)

# Hand Painted Fine Pewter Castings...Shown Actual Size



104P - Brown Trout
108P - Muskellunge
112P - Rainbow Trout
120P - Largemouth Bass
125P - Brook Trout
201P - Sailfish
203P - Dolphin
207P - Striped Bass
215P - Bonefish
271P - Butterfly Fish
308P - Turkey
309P - Ruffed Grouse
317P - Woodduck
327P - Turkey
329P - Bobwhite
341P - Puffin
350P - Hummingbird
354P - Parrot (Blue)
354P - Parrot (Red)
360P - Great Horned Owl
380P - Rooster
409P - Fox
[illegible]P - Wolf
[illegible]P - Squirrel
420P - Whitetail Deer
434P - Elk
450P - English Pointer
[illegible]P - Killer Whale
490P - Elephant
[illegible]P - Mussel
607P - Sea Turtle
903P - Bow Hunter

[illegible] on Faces [illegible] Available Hand Painted [illegible] Specify [illegible] for Painted)

# Displays... All Sizes Given In Inches

## Display Frames

Self-standing walnut picture frame with flocked backboard in choice of red or blue. Pewter pins can be arranged in any position.

DF1
11½" x 14¼"
Holds 24-48 pins

DF2
8½" x 11"
Holds 15-25 pins

## Display Cases

Lockable oak case with glass front, brass hardware, and choice of red or blue foam interior. Available as standard case which lies flat or as stand-up unit (with support "wings").

DC1
7½" x 9½" x 1⅞"
Holds 12-20 pins

DC2 or DC2W (with support "wings")
9½" x 12" x 1⅞"
Holds 20-35 pins

DC3 or DC3W (with support "wings")
12" x 18" x 1⅞"
Holds 50-85 pins

DC4 or DC4W (with support "wings")
18" x 24" x 1⅞"
Holds 100-175 pins

## Gift Boxes

Hinged, black plastic box with embossed leather-grained surface. Approximately 1½" x 2" inside measurement. Holds all but the largest pins and two or three of the smallest ones.



DF1

DC2

Gift Boxes

LIBRARY OF CONGRESS
MAY 0 2 1994
COPY
COPYRIGHT OFFICE



All pins come with two posts and two clutches for extra secure, non-spin holding power*

Tie Tacs come with longer post and special clutch with chain & T-bar

* except pins #305, 306, 401, 501, 520, 750, 800 Mini-Pins & Tie Tacs which all have a single post.

OVER 200 PIN DESIGNS NOW AVAILABLE!

Your choice of 3 finishes:
— Antiqued Fine Pewter
— 24K Gold Plated
— Hand Painted

All items in stock for quick shipment.

To order your selection of wearable art for the outdoor enthusiast....

CALL TODAY!

George G. Harris
"Sportsmen's Wildlife Collection"
PO Box 748
Englishtown, New Jersey 07726

908-446-3169 • FAX 908-446-5423

FIRST CLASS



# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 706)

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
VA 647 909

VA VAU

EFFECTIVE DATE OF REGISTRATION
MAY 0 2 1994
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Sportsmen's Wildlife Collection (NEW DESIGNS FOR 1987)

NATURE OF THIS WORK ▼ See instructions
Jewelry Design / Ornaments

Designs listed are circled in catalog

PREVIOUS OR ALTERNATIVE TITLES ▼ PART #S-116, 123, 124, 208, 212, 215, 216, 306, 307, 321, 322, 331, 402, 404, 406, 407, 410, 411, 440, 450, 461, 501, 502, 520, 530, 702

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

06609049

**2 a**

NAME OF AUTHOR ▼
George Geoffrey Harris

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼
8/6/1957

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1986 ◀ Year
This information must be given in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 1 Year ▶ 1987
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
George Geoffrey Harris
PO Box 748
Englishtown, NJ 07726

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAY 02 1994
ONE DEPOSIT RECEIVED
MAY 02 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE

LIBRARY OF CONGRESS

Copyright Office of the United States

WASHINGTON, D.C.

THIS IS TO CERTIFY that the attached photocopies are a true representation of the work entitled **SPORTSMEN'S WILDLIFE PIN COLLECTION (NEW DESIGNS FOR 1987)** deposited in the Copyright Office with claim of copyright registered under number VA 647 909.

IN WITNESS WHEREOF, the seal of this Office is affixed hereto on July 29, 1997.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents Section
Information and Reference Division

VA 647 909

# Sportsmen's Wildlife Collection

By George G. Harris

CIRCLED PART #'S ARE NEW FOR 1987



Wearable Art for the Outdoor Enthusiast

$2.00

# Sportsmen's Wildlife Collection

This "Fine Pewter" collection has grown out of my fascination with wildlife and the desire to capture its diversity in an accurately detailed, durable and affordable piece of artwork.



Considering...

- that I was compulsively sculpting mashed potatoes at the dinner table by age four (and still do occasionally),
- that my interest in wildlife was firmly established through numerous family trips to museums and by keeping wildlife and gamefish as pets while growing up,
- and that this appreciation was further enhanced while earning college degrees in Natural Resource Conservation and Biology,

Then, becoming a wildlife sculptor was not only logical but inevitable.

I sculpt each original design at actual size and then make a rubber mold from this model which holds even the finest detail. Working with my brother Jim and the production crew, we hand pour and finish our pins in a process entailing more than 20 steps. The pins are cast exclusively in "Fine Pewter", a jewelry grade alloy which will maintain its antiqued look indefinitely.

All of our pins are available 24K Gold Plated (page 7). Starting with our pewter castings, the pins are electroplated with copper, then nickel, and finally 24K gold to give them the best appearance and durability. Most of our designs are also available Hand Painted (page 8). We work with a group of wildlife artists who paint our pins one at a time using blended acrylic paints and a clear sealer to produce an especially nice, higher end pin.

With over 200 designs and three finishes, we have something for everyone. Our products are retailed worldwide through outlets ranging from bait and tackle shops and specialty stores to galleries and catalog companies. School groups, state agencies, and conservation organizations use our pins for fund-raising purposes. Many guides, outfitters, and professional people use our products as incentives and business gifts. Artists and craftsmen paint our pins or incorporate them into belt buckles, knife handles, clocks, desk accessories, awards and similar projects. Ultimately each piece ends up in the hands of an appreciative outdoor enthusiast.

For the past ten years, we have constantly strived to produce the highest quality fish and wildlife pins available and apply the strictest standards of quality control in the reproduction of these sculptures. We guarantee their quality and your satisfaction.

Since designs are added frequently, be sure to ask what is new! We take great pride in our customer service and look forward to hearing from you soon.

George G. Harris



Antiqued Fine Pewter Pins
Pages 1-6



24K Gold Plated Pins
Page 7



Hand Painted Pins
Page 8



Mini-Pins & Tie Tacs
Page 6

Please note: All designs in this catalog are copyrighted and registered with the United States Copyright Office. We welcome artists and craftspeople to purchase our products and rework them, however we retain the exclusive reproduction rights and do not authorize anyone, under any circumstances, to reproduce our original designs.

# George G. Harris

*"SPORTSMEN'S WILDLIFE COLLECTION"*

*&*

*CUSTOM PEWTER CRAFTING*


JUN 20 1994

6/16/94

REGISTER OF COPYRIGHTS
LIBRARY OF CONGRESS
WASHINGTON, DC 20559

RE: CONTROL # VA 604029019
MY TITLE - SPORTSMEN'S WILDLIFE COLLECTION (NEW DESIGNS FOR 1987)

THIS SHEET CONTAINS ADDITIONAL INFORMATION REQUESTED BY THE REGISTER OF COPYRIGHTS OFFICE OVER THE PHONE JUNE 14, 1994. THE FOLLOWING PAGE IS A COPY OF THE ORIGINAL MATERIAL ALREADY RECEIVED AT YOUR OFFICE ON MAY 2, 1994.

I HEREBY CONFIRM THAT ALL DESIGNS APPLIED FOR COPYRIGHT WITH THIS APPLICATION WERE FIRST PUBLISHED AND CONTINUE TO BE PUBLISHED WITH A HIGHLY [illegible]SIBLE COPYRIGHT NOTICE ON THE FLAT BACK OF EACH PIECE WE PRODUCE (SEE EXAMPLE SKETCH BELOW OF OUR PART # 124 CHINOOK SALMON SHOWN AT TWICE ACTUAL SIZE WITH ACTUAL LOCATION OF COPYRIGHT NOTICE).

THE COPYRIGHT NOTICE HAS BEEN ENGRAVED INTO THE BACK SURFACE OF EACH ORIGINAL SCULPTURE AND THROUGH ACCURATE MOLD MAKING AND CASTING PROCESSES, SHOWS LEGIBLY IN DEPRESSED LETTERS IN EACH CASTING WE PRODUCE. EACH CASTING SHOWS THE COPYRIGHT MARK, THE YEAR FIRST SOLD, AND MY NAME; SPECIFICALLY " © 1987 GG HARRIS ". ADDITIONALLY, ALL PIECES ARE IDENTIFIED AS CAST IN "FINE PEWTER" AND SHOW THE PART NUMBER (#124 IN THIS EXAMPLE). MOST PIECES ALSO HAVE THE DESIGN NAME CAST IN DEPRESSED LETTERS ON THE BACK ALTHOUGH THIS PARTICULAR EXAMPLE DOESN'T.

ON SOME PIECES, THE " © 1987" AND "GG HARRIS" ARE ON SEPARATE LINES TO BETTER FIT THE SHAPE OF THE PIECE, BUT IN ALL CASES IT APPEARS VERY VISIBLY ON THE BACK. THE TWO PAIRS OF A SMALL CIRCLE WITHIN A LARGER CIRCLE (IN PINK) SHOW THE APPROXIMATE POSITION OF THE STUD PINS THAT ALLOW THESE PIECES TO BE WORN AS "PINS".

#124 Chinook Salmon




SINCERELY,

[signature]

GEORGE G. HARRIS

# Antiqued Fine Pewter Castings... Shown Actual Size

## Freshwater Fish



100 - Channel Catfish
101 - Black Bullhead
102 - Black Crappie
103 - Shad
104 - Brown Trout
105 - Chinook Salmon
106 - Coho Salmon
107 - Sockeye
108 - Muskellunge
109 - Northern Pike
110 - Piranha
111 - Sunfish
112 - Rainbow Trout
113 - Black Crappie
114 - Brook Trout
116 - Steelhead
117 - Walleye
118 - Perch
120 - Largemouth Bass
121 - Smallmouth Bass
122 - Atlantic Salmon
123 - Rainbow Trout
124 - Chinook Salmon
125 - Brook Trout
126 - Brown Trout
127 - Grayling
129 - Steelhead
130 - Cutthroat Trout
131 - Ayu (Japanese)
132 - Yamame Trout (Japanese)
133 - Mirror Carp
134 - Carp
135 - Coho Salmon
139 - Lake Trout
140 - Largemouth Bass
141 - Largemouth Bass
142 - Largemouth Bass
[illegible] - Sturgeon

# Antiqued Fine Pewter Castings... Shown Actual Size

## Freshwater Fish

(Continued)


152 - Paddlefish


153 - Eel


154 - Tilapia

## Saltwater Fish


201 - Sailfish


202 - Tuna


203 - Dolphin


204 - Dusky Shark


205 - Fluke


206 - Snook


207 - Striped Bass


208 - Marlin


209 - Tarpon


210 - Bonito


211 - Weakfish


212 - Bluefish


213 - Mako Shark


214 - Redfish


215 - Bonefish


216 - Permit


217 - Swordfish


218 - Yellowfin


219 - King Mackerel


220 - Barracuda


221 - Cod


222 - Flounder


223 - Halibut


[illegible] Lingcod


[illegible] Grouper


226 - Blackfish


[illegible] - Great White Shark


[illegible] - Hammerhead


270 - Angelfish


271 - Butterfly Fish


272 - Triggerfish

# Antiqued Fine Pewter Castings... Shown Actual Size

## Birds



# Antiqued Fine Pewter Castings... Shown Actual Size

## Mammals



400 - Buck Head
401 - Whitetail Deer
402 - Whitetail Deer
404 - Elk
405 - Black Bear
406 - Moose
407 - Buffalo
409 - Fox
410 - Raccoon
411 - Wolf
412 - Rabbit
413 - Beaver
414 - Otter
415 - Woodchuck
416 - Armadillo
417 - Kangaroo
418 - Wolf
419 - Squirrel
420 - Whitetail Deer
421 - Whitetail Deer (8 point)
422 - Bighorn Sheep
423 - Grizzly
425 - Wild Boar
426 - Mountain Lion
430 - Mule Deer
431 - Caribou
432 - Pronghorn
433 - Moose
434 - Elk
439 - Cat
440 - Horse
441 - Horse
442 - Mule
445 - Cow
446 - Pig
447 - Sheep
450 - Labrador Retriever
451 - German Shorthair
452 - German Shepherd

# Antiqued Fine Pewter Castings... Shown Actual Size


453 - Beagle


454 - Golden Retriever


455 - Brittany


456 - English Pointer


457 - English Setter


465 - Whitetail Deer (spike)


466 - Whitetail Deer (4 point)


467 - Whitetail Deer (6 point)


468 - Whitetail Deer (10 point)


469 - Doe


475 - Dolphin


476 - Manatee


480 - Blue Whale


481 - Sperm Whale


482 - Gray Whale


483 - Killer Whale


484 - Humpback Whale


485 - Humpback w/calf


490 - Elephant


492 - Rhinoceros


493 - Lion


494 - Giraffe


499 - Bat

## Miscellaneous


- Mayfly


502 - Stonefly Nymph


503 - Caddis


520 - Fly Reel


530 - Lobster


531 - Crab


532 - Shrimp


540 - Clam


541 - Scallop


542 - Abalone


543 - Mussel


544 - Oyster

# Antiqued Fine Pewter Castings... Shown Actual Size

## Miscellaneous

(Continued)


570 - Tiger Swallowtail


590 - Frog


600 - Alligator


607 - Sea Turtle


620 - Brontosaurus


622 - Tyrannosaurus


702 - Arrowhead


750 - Mosquito


800 - White Flyer Clay Target


900 - Mermaid


901 - Scuba Diver


902 - Shooter


903 - Bow Hunter


904 - Golfer

## Mini-Pins

(Antiqued Fine Pewter Castings)


M112 - Rainbow Trout


M140 - Largemouth Bass


M207 - Striped Bass


M308 - Turkey


M309 - Ruffed Grouse


M320 - Canada Goose


M329 - Bobwhite


M330 - Bald Eagle


M400 - Buck Head


M485 - Humpback

## Tie Tacs

(24K Gold Plated Fine Pewter Castings with longer post and special clutch with chain & T-Bar)




TT112G - Rainbow Trout


TT140G - Largemouth Bass


TT207G - Striped Bass


TT308G - Turkey


TT309G - Ruffed Grouse


TT320G - Canada Goose


TT329G - Bobwhite


TT330G - Bald Eagle


TT400G - Buck Head


TT485G - Humpback

# 24K Gold Plated Fine Pewter Castings... Shown Actual Size



100G - Channel Catfish | 108G - Muskellunge | 112G - Rainbow Trout



113G - Black Crappie | 123G - Rainbow Trout | 124G - Chinook Salmon | 142G - Largemouth Bass



202G - Tuna | 203G - Dolphin | 207G - Striped Bass | 209G - Tarpon



213G - Mako Shark | 270G - Angelfish | 321G - Mallard | 326G - Turkey | 332G - Bald Eagle



350G - Hummingbird | 370G - Cardinal | 400G - Buck Head | 405G - Black Bear | 417G - Kangaroo | 418G - Wolf



433G - Moose | 434G - Elk | 450G - Labrador Retriever | 454G - Golden Retriever | 468G - Whitetail Deer (10 point)



475G - Dolphin | 485G - Humpback w/calf | 570G - Tiger Swallowtail | 607G - Sea Turtle | 904G - Golfer

All Designs on Pages 1-6 Available 24K Gold Plated...(Specify by Part # and "G" for Gold Plated)

# Hand Painted Fine Pewter Castings...Shown Actual Size


104P - Brown Trout


108P - Muskellunge


112P - Rainbow Trout


120P - Largemouth Bass


125P - Brook Trout


201P - Sailfish


203P - Dolphin


207P - Striped Bass


215P - Bonefish


271P - Butterfly Fish


308P - Turkey


309P - Ruffed Grouse


317P - Woodduck


327P - Turkey


329P - Bobwhite


341P - Puffin


350P - Hummingbird


354P - Parrot (Blue)


354P - Parrot (Red)


360P - Great Horned Owl


380P - Rooster


409P - Fox




[illegible]P Squirrel


420P - Whitetail Deer


434P - Elk


456P - English Pointer


183P - Killer Whale


190P - Elephant


543P - Mussel


607P - Sea Turtle


903P - Bow Hunter

# Displays... All Sizes Given In Inches

## Display Frames

Self-standing walnut picture frame with flocked backboard in choice of red or blue. Pewter pins can be arranged in any position.

DF1
11½" x 14½"
Holds 24-48 pins

DF2
8½" x 11"
Holds 15-25 pins

## Display Cases

Lockable oak case with glass front, brass hardware, and choice of red or blue foam interior. Available as standard case which lies flat or as stand-up unit (with support "wings").

DC1
7½" x 9½" x 1⅞"
Holds 12-20 pins

DC2 or DC2W (with support "wings")
9½" x 12" x 1⅞"
Holds 20-35 pins

DC3 or DC3W (with support "wings")
12" x 18" x 1¾"
Holds 50-85 pins

DC4 or DC4W (with support "wings")
18" x 24" x 1⅞"
Holds 100-175 pins

## Gift Boxes

Hinged, black plastic box with embossed leather-grained surface, approximately 1½" x 2" inside measurement. Holds all but the largest pins and two or three of the smallest ones.



LIBRARY OF CONGRESS
MAY 0 2 1994
COPY
COPYRIGHT OFFICE
P



All pins come with two posts and two clutches for extra secure, non-spin holding power*.

Tie Tacs come with longer post and special clutch with chain & T-bar.

*except pins #305, 306, 401, 501, 520, 750, 800, Mini-Pins & Tie Tacs which all have a single post.

## OVER 200 PIN DESIGNS NOW AVAILABLE!

Your choice of 3 finishes:
- Antiqued Fine Pewter
- 24K Gold Plated
- Hand Painted

All items in stock for quick shipment

To order your selection of wearable art for the outdoor enthusiast...

CALL TODAY!

George G. Harris
"Sportsmen's Wildlife Collection"
PO Box 748
Englishtown, New Jersey 07726
908-446-3169 • FAX 908-446-5423

FIRST CLASS

